**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

JOSE ANTONIO VASQUEZ MEJIA,

*Petitioner*,

v.

WARDEN, Butler County Correctional Complex, *et al.*,

*Respondents*.

Case No. 1:26-cv-711

Judge Jeffery P. Hopkins

# SCHEDULING ORDER

The Court previously ordered the parties to confer and propose a case schedule. Doc. 2. Based on that joint proposal (Doc. 7), the Court sets the following schedule:

## PERTINENT SETTINGS

- Respondents' Return of Writ due: **September 9, 2026**
- Petitioner's Reply due: **September 16, 2026**

**IT IS SO ORDERED.**

August 26, 2026

Jeffery P. Hopkins
United States District Judge