**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| JOSE ANTONIO VASQUEZ MEJIA, | : | |
| *Petitioner*, | : | Case No. 1:26-cv-711 |
| v. | : | Judge Jeffery P. Hopkins |
| WARDEN, BUTLER COUNTY JAIL COMPLEX, *et al.*, | : | |
| *Respondents*. | : | |

---

**ORDER**

---

Petitioner Jose Antonio Vasquez Mejia, a citizen and native of Honduras, is a United States Immigration and Customs Enforcement detainee currently detained at the Butler County Jail in Butler County, Ohio. Petitioner has filed a Petition for Writ of Habeas Corpus (Doc. 1) pursuant to 28 U.S.C. § 2241. Respondent Butler County Sheriff Richard K. Jones has moved to dismiss the Petition as it pertains to him under Fed. R. Civ. P. 12(b)(6). Doc. 6. Petitioner filed a response (Doc. 10) to which Respondent Jones filed a reply (Doc. 12).

Title 28 U.S.C. § 2243 requires the writ or order to show cause to be "directed to the person having custody of the person detained." In the context of a habeas corpus petition filed by a noncitizen detained in a local detention facility contracted by Immigration and Customs Enforcement ("ICE"), it is the Department of Homeland Security ("DHS") Field Director, and not the head of the contracted detention facility, that "has power over" the noncitizen petitioner under 28 U.S.C. § 2243. *Roman v. Ashcroft, et al.*, 340 F.3d 314, 320 (6th Cir. 2003) (citing *Henderson v. INS*, 157 F.3d 106, 122 (2d Cir. 1998)). Sheriff Richard K. Jones is

therefore not a properly named Respondent. Accordingly, the Court **GRANTS** the Motion to Dismiss (Doc. 6) and **DISMISSES** the Petition as to Sheriff Richard K. Jones only.

**IT IS SO ORDERED.**

October 23, 2026

Jeffery P. Hopkins
United States District Judge